UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA LULAJ,

      Plaintiff,                            U.S.D.C. Case No. 04-75051
                                                Hon. John Corbett O'Meara

vs.

THE WACKENHUT CORPORATION,
a Michigan corporation,

      Defendant.
_____/

| SCOTT E. COMBS  P37554 | WILLIAM J. LIEDEL  P24826 |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |
| 27780 Novi Road, Ste 105 | 117 W. Fourth Street, Suite 201 |
| Novi, Michigan 48337 | Royal Oak, Michigan 48067 |
| scottecombs@aol.com | wliedel@michattorneys.com |
| (248) 380-5050 | (248) 291-8020 |

_____/

**ORDER DENYING DEFENDANT'S
RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

**ORDER DENYING DEFENDANT'S MOTION FOR NEW TRIAL**

**ORDER GRANTING AMENDMENT OF THE JUDGMENT/REMITTITUR**

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES**

     This matter having come before this Court on motion of defendant for judgment as a matter of law, new trial and amendment of the judgment/remittitur and plaintiff's motion for attorney fees, briefs having been submitted, argument having been conducted and the Court having set forth its opinion in open court on June 1, 2006;

     NOW THEREFORE;

IT IS HEREBY ORDERED as follows:

1. Defendant's renewed motion for judgment as a matter of law is denied.

2. Defendant's motion for a new trial is denied.

3. Defendant's motion for amendment of judgment is granted in part. The judgment previously entered in this matter is hereby amended as follows:

   a. Damages for lost wages to the present - $960.00

   b. Damages for future lost wages - $ 0.00

   c. Medical damages - $0.00

   d. Non-economic damages - $45,712.00

IT IS FURTHER ORDERED that plaintiff's motion for attorney fees is granted in the amount of $49,500.00.

IT IS SO ORDERED.

Dated: August 23, 2006

                                        s/JohnCorbett O'Meara
                                        United States District Court Judge


I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, August 23, 2006, by electronic and/or ordinary mail.

                                         S/William Barkholz
                                        Case Manager, (734) 741-2488