UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA LULAJ,

        Plaintiff,                    Case No. 04-75051

v                                     HONORABLE JOHN CORBETT O'MEARA

THE WACKENHUT CORP.,

        Defendant.
_____/

## AMENDED JUDGMENT ON A JURY VERDICT

The above entitled lawsuit was tried before this Court to a jury verdict which was rendered on April 6, 2006. Pursuant to the order entered on August 23, 2006, the Judgment entered April 18, 2006, is amended as follows:

Judgment is entered in favor of Lisa Lulaj and against Defendant, The Wackenhut Corporation, for:

        Damages for lost wages to the present: $ 960.00
        Damages for future lost wages: $ 0.00
        Medical $ 0.00
        Non-economic damages: $ 45,712.00

IT IS SO ORDERED.

                                                    s/John Corbett O'Meara
                                                    United States District Judge

Dated: August 23, 2006