UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA LULAJ,

        Plaintiff,

v.

Case No. 04-75051

Hon. John Corbett O'Meara

THE WACKENHUT CORPORATION,

        Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION
## FOR REHEARING OR RECONSIDERATION

Before the court is Plaintiff's motion for reconsideration, filed September 5, 2006. Plaintiff seeks reconsideration of the court's August 23, 2006 order denying Defendant's motion for judgment as a matter of law or new trial, granting remittitur, and granting in part Plaintiff's motion for attorney fees. Pursuant to Local Rule 7.1(g)(2)(E.D. Mich. Sept. 8, 1998), no response was ordered and no oral argument was heard.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

LR 7.1(g)(3).

Having filed a motion for reconsideration that presents the same issues ruled upon by the court, Plaintiff has failed to demonstrate a palpable defect by which the court and the parties have

been misled.  Therefore, it is hereby **ORDERED** that Plaintiff's September 5, 2006 motion for reconsideration is **DENIED.**

                                                          s/John Corbett O'Meara  
                                                          United States District Judge

Dated:  September 14, 2006

I hereby certify that a copy of the foregoing order was served upon the parties of record on this date, September 14, 2006, by electronic and/or ordinary mail.

                                                          s/William Barkholz  
                                                          Case Manager